IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID LEVY, | ) |
| | ) Civil Action No. |
| Plaintiff, | ) |
| | )   1:12-cv-03231-TCB |
| v. | ) |
| | ) JURY TRIAL |
| INK PUBLISHING CORPORATION and STEPHEN ANDREWS, | ) DEMANDED |
| | ) |
| | ) |
| | ) |
| Defendants. | |

_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff David Levy and Defendants Ink Publishing Corporation and Stephen Andrews stipulate to the voluntary dismissal of all claims and counterclaims in this action with prejudice. All parties shall bear their own costs and attorney's fees. A memorandum in support shall accompany this stipulation.

1

Respectfully submitted this 14th day of June, 2013.

| s/ Benjamin A. Stark | s/ Chad A. Shultz |
|---|---|
| Benjamin A. Stark | Chad A. Shultz |
| Georgia Bar No. 601867 | GA Bar No. 644440 |
| Barrett and Farahany, LLP | FORD HARRISON LLP |
| 1100 Peachtree Street, Suite 500 | 271 17th Street, NW, Suite 1900 |
| Atlanta, GA 30309 | Atlanta, Georgia  30363 |
| Telephone:  (404) 214-0120 | Telephone:  (404) 888-3800 |
| Facsimile:  (404) 214-0125 | Facsimile:   (404) 888-3863 |
| Attorney for Plaintiff | Attorney for Defendants |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID LEVY, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | |
| ) | 1:12-cv-03231-TCB |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| INK PUBLISHING CORPORATION ) | |
| and STEPHEN ANDREWS, ) | |
| ) | |
| Defendants. ) | |
| _____ | |

**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the Joint Stipulation of Dismissal with Prejudice with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

        Chad A. Shultz
        T. Cullen Stafford
        Ford & Harrison
        271 17th Street, Suite 1900
        Atlanta, GA  30363

This 14th day of June, 2013.

                              s/Benjamin A. Stark, Esq.____
                              Benjamin A. Stark, Esq.
                              Georgia Bar No. 601867

BARRETT & FARAHANY, LLP
1100 Peachtree Street, N.E.
Suite 500
Atlanta, GA 30309
(404) 214-0120
(404) 214-0125 facsimile